IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WALLACE MITCHELL | § | |
| VS. | § | CIVIL ACTION NO. 1:22-cv-269 |
| CHARLES DANIELS | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Petitioner Wallace Mitchell, an inmate currently confined at the United States Penitentiary at Beaumont, Texas, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  The above-styled matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Petitioner is challenging, *inter alia*, the loss of 290 days of good conduct time.  He previously filed a substantially identical Petition asserting the same claims.  *Mitchell v. Dobbs*, No. 1:22cv169 (E.D. Tex.).  Petitioner's prior Petition remains pending before this court.  As a result, the current Petition should be dismissed without prejudice as repetitious.

Recommendation

This Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 should be dismissed without prejudice as repetitious.

Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report.  28 U.S.C. § 636(b)(1).

Failure to file objections bars a party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual

findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

        **SIGNED this the 1st day of July, 2022.**

                                                          Christine L Stetson
                                                          UNITED STATES MAGISTRATE JUDGE